IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-414-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>DOCTORS MAKING HOUSECALLS, LLC | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| V. | )<br>) | ORDER |
| BOWEN PRIMARY & URGENT CARE,<br>P.A., | )<br>)<br>) | (FILED UNDER SEAL) |
| Defendants. | )<br>) | |

The Government having declined to intervene in this action pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The Relator's Complaint, notice of appearance, the Government's first and second motions to extend the seal period, the Court's orders granting those motions, the Notice of Declination, and this proposed Order be unsealed (but not the various memoranda in support of motions).

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

1

4. Should Relators pursue this matter further, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3) and N.C. Gen. Stat. § 1-609(f). The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. Should Relators pursue this matter further, the parties shall serve all notices of appeal upon the United States;

6. Should Relators pursue this matter further, all orders of this Court shall be sent to the United States; and

7. Should Relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 3rd day of September, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge